Luis V. Martin + United States DOJ

Plaintiff's full name(s)

N/Applicable

~~Prisoner~~ or ~~registration~~ number

Best FL Storage c/o Christina Kasten
2290 NW 19 Street

Street address or postal box number

Ft Lauderdale, FL 33311

City, state and zip code

FILED
08 JUN -5 AM 10: 20
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. __1: 08-cv- 0745-LJM-TAB__

(To be supplied by the Court)

Luis V. Martin

United States DOJ    Plaintiff(s)

Full name(s) (Do not use *et al.*)

v.

DynCorp Intl, Inc

CSC, CRG

Veritas Capital

Schulte, Roth, & Zabel LLP
+ pertinent clientele

_____ Defendant(s).

(Enter above the full name of ALL defendants in this action.
Do not use "et al.")

~~CIVIL RIGHTS~~ **COMPLAINT**

# I. Parties

## A. Plaintiff's Information:

Name and Prisoner Number of Plaintiff: Luis V. Martin (305) 505-0525

Present Place of (Confinement or) Mailing Address: Sounds more appropo

Best Fl Storage 2290 NW 19 Street Ft Lauderdale, FL 33311

## B. Defendant's Information: (NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.)

Name of Defendant 1: DynCorp Intl, Inc + CSC + CRG

Title (If applicable): _____

Address of Defendant: 2100 East Grand Ave El Segundo, CA 90245    3190 Fairview Park Drive Suite 700 Falls Church, VA 22042

Wellesley rd Aldershott, UK

Name of Defendant 2: Veritas Capital

Title (If applicable): _____

Address of Defendant: 590 Madison Ave
New York city, NY 10021

Name of Defendant 3: Schulte, Roth, & Zabel, LLP

Title (If applicable): _____

Address of Defendant: 919 Third Ave
New York, NY 10022

Name of Defendant 4: _____

Title (If applicable): _____

Address of Defendant: _____

## II. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. *(If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.)*

_____ U.S.C. § _____

_____ U.S.C. § _____

## III. Basis for Claims

Check any Applicable Item(s):

_____  Complaint Under the Civil Rights Act, **42 U.S.C. § 1983** (state, county, or municipal defendants)

_____  Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388 (1971)** (federal defendants)

_____  **Other** (cite statute, if known) _____

## IV. Claims

BRIEFLY state the background of your case:

> Covert Investigations Bureau
> Narcotics Investigation Branch
> Interdiction Section
> Office: (317) 248-4151 Ex 125
> Pager: (317) 368-1651
> Fax: (317) 248-4200
>
> **INDIANAPOLIS POLICE DEPARTMENT**
>
> Detective Joseph Brannon
> Office of Homeland Security (ICE)
> Immigration and Customs Enforcement
> 50 N. Alabama Street
> Indianapolis, Indiana 46204

**Claim I**: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

David J. Efron, partner Investment management group at SRZ, LLP in Manhattan lies to federal

Claim II: ICE agent in Indiana proven with my Door-man's affidavit. FCA allegation as to whether Counselor Efron is engaged in the typical naughty business of the "profession"
Complicit Dyncorp Intl, Inc CSC CRG
Veritas Capital
Schulte, Roth, & Zabel

Claim III: Endocrine damage pancreatic starvation no sleep pursued loss of middle years

## V. Previous Lawsuits and Administrative Relief

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your (imprisonment)? *interesting*

____ Yes    ✓ No

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "IV. Previous Lawsuits and Administrative Relief".)

a.   Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

b. Name and location of court and docket number: _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

2. I have previously exhausted available administrative remedies regarding the or events acts complained of in Part III of this complaint. _____ Yes _____ No  *Haven't a clue*

If your answer is "Yes," briefly describe how relief was sought and the result:

*Haven't a clue*

_____

## VI. Previously Dismissed Actions or Appeals

1. If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "V. Previously Dismissed Actions or Appeals."

a. Parties to previous lawsuit:

   Plaintiff(s): *N/A*

   Defendant(s): _____

b. Name and location of court and docket number: _____

c. Grounds for dismissal:

   ( ) frivolous  ( ) malicious  ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: _____

e. Approximate date of disposition: _____

## VII. Request for Relief

I request the following relief: BASIS for Compensation False Claims Act Common Law claim? Resolution of US Treasury's National debt - Resolved. Amount of Compensation 30% - 50% of Zillions. Open Criminal Investigation And Apparent Deferred prosecution Agreement within Ongoing Domestic Security Investigation prevents Retaining Counsel. Request Court to Rule on FCA grant FCA Relator Compensation and most importantly close down every law school on This planet from sea to Shining sea - BAN Their cynism from The Universe

_Luis V. Martin_  
Signature of attorney (if any)

_Luis V. Martin_  
Plaintiff's Signature

Date: 4/28/08